```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Pistante, et al<br><br>        Defendants | Case No. **2:10-cv-01638-MCE-KJM**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL OCTOBER 15, 2010 FOR DEFENDANTS EARL J. PISTANTE INDIVIDUALLY AND D/B/A PISTANTE'S COYOTE DEN; LORRAINE PISTANTE INDIVIDUALLY AND D/B/A PISTANTE'S COYOTE DEN TO RESPOND TO COMPLAINT; ORDER |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Earl J. Pistante Individually and d/b/a Pistante's Coyote Den; Lorraine Pistante Individually and d/b/a Pistante's Coyote Den, by and through their respective attorneys of record, Scott N. Johnson; Medy Beauchane, stipulate as follows:

   1.   No extension of time has been previously obtained.

   2.   Defendants Earl J. Pistante Individually and d/b/a Pistante's Coyote Den; Lorraine Pistante Individually and d/b/a

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

Pistante's Coyote Den are granted an extension until October 15, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3.   Defendants Earl J. Pistante Individually and d/b/a Pistante's Coyote Den; Lorraine Pistante Individually and d/b/a Pistante's Coyote Den response will be due no later than October 15, 2010.

IT IS SO STIPULATED effective as of August 11, 2010

Dated:  August 11, 2010              /s/Medy Beauchane_____
                                     Medy Beauchane

                                     Attorney for Defendants
                                     Earl J. Pistante
                                     Individually and d/b/a
                                     Pistante's Coyote Den;
                                     Lorraine Pistante
                                     Individually and d/b/a
                                     Pistante's Coyote Den


Dated:  August 11, 2010              /s/Scott N. Johnson ____
                                     Scott N. Johnson

                                     Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Earl J. Pistante Individually and d/b/a Pistante's Coyote Den; Lorraine Pistante Individually and d/b/a Pistante's Coyote Den shall have until October 15, 2010 to respond to complaint.

Dated: August 18, 2010

                                     _____
                                     MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com